IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -9 P 4: 34

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

CASE NO.: CR206-18

THOMAS ROY EDDLEMAN

### ORDER

On November 19, 2006, the United States Probation Office filed a Petition to revoke the probation of Defendant Eddleman. As this Petition to Revoke has been filed, Defendant's Motion to Terminate Probation filed on December 19, 2006, is **DENIED**.

**SO ORDERED**, this 9th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)