UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR206-00018-001 |
| | ) | |
| Thomas Roy Eddleman | ) | |

### ORDER

On November 28, 2006, the U.S. Probation Office filed a petition for summons for the defendant's alleged violation of probation based on Thomas Roy Eddleman's arrest on November 5, 2006, for the offenses of driving under the influence of alcohol, driving with a suspended license, and improper starting of a parked vehicle in Kingsland, Georgia. A probation revocation hearing was held on February 1, 2007. Based on the fact that the new criminal charges which are the bases of the alleged probation violation, the Court accepted a plea of no contest from the defendant and agreed to accept the recommendation of the Government and defendant as to sentencing.

The Court hereby orders that the defendant's probation be extended and modified as follows:

1) The defendant's probation shall be extended 117 days from the original date of termination, September 6, 2007, thereby resulting in a new termination date of December 31, 2007;

2) The defendant shall pay a fine in the amount of $300, which shall be due thirty days from the date of sentencing;

3)   The defendant shall complete forty hours of community service as directed by his probation officer;

4)   The defendant shall be confined to his residence for a period of forty-eight consecutive hours, without electronic monitoring, as directed by his probation officer

All other conditions imposed by this Court on September 7, 2006, remain in full force and effect.

SO ORDERED, this 2nd day of February, 2007.

_____
James E. Graham
United States Magistrate Judge